## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE _Vera Scanlon_          DATE: _3/21/19_

DOCKET NUMBER: _18 - 1043 M_   _18 - 948 M_          LOG #: _2:46 - 2:50_

DEFENDANT'S NAME: _Michael Matthews_
      ✓ Present      ___ Not Present      ✓ Custody      ___ Bail

DEFENSE COUNSEL: _Mildred Whalen_
      ✓ Federal Defender      ___ CJA      ___ Retained

A.U.S.A: _Kayla Bensing_          CLERK: _G M Ynew_

INTERPRETER: _____          (Language)

___ Defendant arraigned on the : ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held. ___ Defendant's first appearance.

      ___ Bond set at _____. Defendant ___ released ___ held pending
          satisfaction of bond conditions.
      ___ Defendant advised of bond conditions set by the Court and signed the bond.

      ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

      ___ (Additional) surety/ies to co-sign bond by _____

      ___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail
    application / package. Order of detention entered with leave to reapply to a Magistrate
    or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start _3/21/19_ Stop _4/2/19._

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings : _____
_____
_____
_____
_____